Prob 22 (Rev. 03/97)

| | DOCKET NO. (Transferring Court) |
|---|---|
| **TRANSFER OF JURISDICTION** <br> 08 CR 637 | 0864-0:01CR00033-001(ADM) |
| | DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF * <br> Wilbert Anderson Jr. <br> Chicago, IL <br><br> JUDGE DOW <br> MAGISTRATE JUDGE BROWN | DISTRICT <br> MINNESOTA | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> Honorable Ann D. Montgomery | |
| | DATES OF <br> TSR SUPERVISION | FROM <br> 02/01/2008 | TO <br> 01/31/2011 |

OFFENSE

Possession of Stolen Firearms, in violation of 18 U.S.C. 922(j) and 924(a)(2).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_16 June 2008_      _[signed]_
Date      Ann D. Montgomery      United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG - 7 2008      _James F. Holderman_
Effective Date      United States District Judge

FILED
8-11-08
AUG 11 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## District of Minnesota



Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 Federal Building<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 | 212 U.S. Courthouse<br>118 South Mill Street<br>Fergus Falls, MN 56537<br>(218) 739-5758 |

June 19, 2008

Clerk, U.S. District Court
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

08 CR 637
JUDGE DOW
MAGISTRATE JUDGE BROWN

RECEIVED
AUG 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re:  Wilbert Anderson Jr.
     Our Case Number: 01CR33 ADM
     Your Case Number:

Dear Clerk:

**Initial Transfer Out**

[X] Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

**Final Transfer Out**

[ ] Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

**Transfer In**

[ ] Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

**Rule 5 (formerly Rule 40) Removal Proceedings**

[ ] Enclosed please find certified copies of all documents filed in our court.

**Rule 20**

[ ] Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Brenda J. Schaffer, Deputy Clerk

cc:  Christian S. Wilton, Assistant U. S. Attorney
     Public Defender's Office, Minneapolis
     Douglas S. Stevens, Probation Officer (Minneapolis)(All except Rule 5)
     File CR 01CR33 ADM

criminal\transferletter.frm

Form Modified 01/28/05