

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 Federal Building<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 | 212 U.S. Courthouse<br>118 South Mill Street<br>Fergus Falls, MN 56537<br>(218) 739-5758 |

August 15, 2008

Mr. Michael W. Dobbins, Clerk
U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**FILED**
8-22-08
AUG 2 2 2008

Re:  Wilbert Anderson Jr.
     Our Case Number: CR 01-33 ADM/ESS
     Your Case Number: 08 cr 637-1 Judge Dow

Dear Clerk:

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**Initial Transfer Out**

[ ]  Enclosed please find Probation Form 22  initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

**Final Transfer Out**

[X] Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

**Transfer In**

[ ]  Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

**Rule 5 (formerly Rule 40) Removal Proceedings**

[ ]  Enclosed please find certified copies of all documents filed in our court.

**Rule 20**

[ ]  Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Brenda J. Schaffer, Deputy Clerk

cc:  Christian S. Wilton, Assistant U. S. Attorney
     Public Defender's Office, Minneapolis
     Douglas S. Stevens, Probation Officer (Mpls)(All except Rule 5)
     Financial Litigation Unit (Final & Transfer In)
     Financial Services Department (Final & Transfer In)
     File CR 01-33 ADM

criminal\transferletter.frm

Form Modified 01/28/05



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604                    312-435-5698



**MICHAEL W. DOBBINS**
CLERK

August 12, 2008

Mr. Richard D. Sletten
Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dear Clerk:

**Re:   Case number 01cr33  US v Wilbert Anderson Jr.**
Our case number: 08 cr 637-1    - Northern District of Illinois, Judge Dow

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding **Wilbert Anderson Jr.** , which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:   _____

Elienore Duff
Deputy Clerk

Enclosure

4DIV, CLOSED, FRC, TPJOUT

# U.S. District Court
## District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:01-cr-00033-ADM-ESS-1

Case title: USA v. Anderson

Date Filed: 02/13/2001
Date Terminated: 11/02/2001

Assigned to: Judge Ann D.
Montgomery
Referred to: Magistrate Judge E
Skipworth Swearingen

Appeals court case numbers: '04-2229'
'Eighth Circuit Court of Appeals',
01-3692

## Defendant (1)

**Wilbert Anderson**
*TERMINATED: 11/02/2001*

represented by **Wilbert Anderson**
#09806-041
Federal Correctional Institution
Box 5000
Pekin, IL 61555-5000
PRO SE

**Scott F Tilsen**
Office of the Federal Defender
PO Box 2043
Cape Girardeau, MO 63702
(612) 664-5858
Fax: (612) 664-5850
Email: lisa_saf@fd.org
*TERMINATED: 11/02/2001*
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender Appointment*

A true printed copy in _____ sheet(s)
of the electronic record filed on _____,
in the United States District Court
for the District of Minnesota.
CERTIFIED, ____8/15____, 20_08_
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

## Pending Counts

## Disposition

18:922(j) and 924(a)(2) POSSESSION
OF A STOLEN FIREARM
(4)

Custody of BOP for 98 months, 3 yrs
supervised release, spec assmt of .00

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:922(g) and 924(e) FELON IN POSSESSION OF A FIREARM (1) | dismissed |
| 18:922(j) and 924(a)(2) POSSESSION OF A STOLEN FIREARM (2) | dismissed |
| 18:922(g) and 924(e) FELON IN POSSESSION OF FIREARMS AND AMMUNITION (3) | dismissed |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

| Plaintiff | | |
|---|---|---|
| **United States of America** | represented by | **Christian S Wilton** |

United States Attorney's Office
300 S 4th St Ste 600
Mpls, MN 55415
612-664-5600
Fax: 612-664-5787
Email: chris.wilton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 02/13/2001 | 1 | INDICTMENT assigned to Judge Ann D. Montgomery, referred to Magistrate Judge E. S. Swearingen by USA Bridgid Dowdal. Counts filed against Wilbert Anderson (1) counts 1-4. Warrant issued for Wilbert Anderson. 4pgs (LEG) (Entered: 02/14/2001) |
| 02/13/2001 | | BENCH WARRANT issued for Wilbert Anderson by Magistrate Judge Jonathan G. Lebedoff (LEG) (Entered: 02/14/2001) |
| 02/14/2001 | 2 | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM and WRIT OF HABEAS CORPUS by Magistrate Judge E. S. Swearingen for Wilbert Anderson for appearance on 2/15/01 at 11:00 a.m. before JEC. (1 page) Writ issued. (PJS) (Entered: 02/14/2001) |
| 02/15/2001 | 3 | MINUTES: before Magistrate Judge J. Earl Cudd first appearance of Wilbert Anderson; deft ordered detained; counsel appt'd; preliminary and detention hearing set for 10:00 on 2/20/01 before JEC; 1 pg ( (Entered: 02/16/2001) |
| 02/16/2001 | 4 | TEMPORARY ORDER OF DETENTION of Wilbert Anderson by Magistrate Judge J. Earl Cudd (dated 2/15/01) (copies dist'd) 1 pg(s) ( (Entered: 02/20/2001) |
| 02/20/2001 | 5 | MINUTES: before Magistrate Judge J. Earl Cudd for preliminary and detention hearing as to Wilbert Anderson; deft detained. Deft also arraigned, see minutes. Tape 2-876-1010. 1pg (LEG) (Entered: 02/21/2001) |
| 02/20/2001 | 6 | MINUTES: before Magistrate Judge J. Earl Cudd dft Wilbert Anderson arraigned; NOT GUILTY plea entered; Attorney present; disclosure due date: 2/27/01; pretrial motions due on 3/6/01; motion hearing set for 9:00 on 3/13/01; Voir Dire / Jury Instructions due on 4/16/01; jury trial set for 9:30 on 4/23/01 before ADM Tape 2-876-1010. 1pg (LEG) (Entered: 02/21/2001) |
| 02/26/2001 | 7 | BENCH Warrant returned executed as to Wilbert Anderson on 2/15/01. 2pgs (LEG) Modified on 02/27/2001 (Entered: 02/27/2001) |
| 02/27/2001 | 8 | MOTION for discovery pursuant to F.R.Cr.P. 16(b), 12.1 and 26.2 by USA as to Wilbert Anderson. 2 pgs ( (Entered: 02/27/2001) |
| 02/27/2001 | 9 | ARRAIGNMENT ORDER by Magistrate Judge J. Earl Cudd (Date Signed: 2/20/01) as to Wilbert Anderson. Same as minutes, Doc. #6. 2pg(s) (LEG) (Entered: 02/28/2001) |
| 03/01/2001 | 10 | ORDER OF DETENTION of Wilbert Anderson by Magistrate Judge J. Earl Cudd (dated 3/1/01). (copies dist'd) 2 pages (PJS) (Entered: 03/02/2001) |
| 03/06/2001 | 11 | MOTION/MEMORANDUM to suppress statements, admissions and answers by Wilbert Anderson. 3 pgs ( (Entered: 03/07/2001) |

| 03/06/2001 | 12 | MOTION to suppress evidence obtained as a result of search and seizure by Wilbert Anderson. 1 pg ( (Entered: 03/07/2001) |
|---|---|---|
| 03/06/2001 | 13 | MOTION for disclosure of exculpatory evidence by Wilbert Anderson. 1 pg ( (Entered: 03/07/2001) |
| 03/06/2001 | 14 | MOTION for discovery pursuant to rule 16 by Wilbert Anderson. 2 pgs ( (Entered: 03/07/2001) |
| 03/06/2001 | 15 | MOTION/MEMORANDUM to dismiss count 1 of the indictment by Wilbert Anderson. 9 pgs ( (Entered: 03/07/2001) |
| 03/09/2001 | 16 | RESPONSE by plaintiff USA as to defendant Wilbert Anderson's pretrial motions. 13 pgs ( (Entered: 03/12/2001) |
| 03/14/2001 | 17 | MINUTES: before Magistrate Judge E. S. Swearingen as to Wilbert Anderson; motion hearing held on 3/14/01; motions taken under advisement; order and R&R to be issued; exhibits retained by the court; Court Reporter: Tim Willette. 1 pg ( (Entered: 03/15/2001) |
| 03/15/2001 | 18 | MOTION and ORDER FOR CHANGE OF CUSTODY as to Wilbert Anderson by Magistrate Judge E. S. Swearingen. (copies dist'd) 2 pages (PJS) (Entered: 03/15/2001) |
| 03/19/2001 | 19 | ORDER (Magistrate Judge E. S. Swearingen / date signed 3/15/01) as to deft Wilbert Anderson granting govt's motion for discovery pursuant to F.R.Cr.P. 16(b), 12.1 and 26.2 [8-1]; granting deft's motion for disclosure of exculpatory evidence [13-1]; and granting deft's motion for discovery pursuant to Rule 16 [14-1]. (cc: all counsel) 3 pages (PJS) (Entered: 03/20/2001) |
| 03/19/2001 | 20 | REPORT and RECOMMENDATION by Magistrate Judge E. S. Swearingen date signed: 3/15/01 recommending that deft's motions to dismiss count 1 of the indictment [15-1], to suppress evidence obtained as a result of search and seizure [12-1], and to suppress statements, admissions and answers [11-1] be denied. RR Ruling deadline set for 4/18/01 for Wilbert Anderson. (cc: all counsel) 8 pages (PJS) (Entered: 03/20/2001) |
| 03/26/2001 | 21 | OBJECTIONS by defendant Wilbert Anderson report & recommendation and memorandum in support of objections [20-1]. 13 pgs ( (Entered: 03/27/2001) |
| 04/06/2001 | 22 | RESPONSE by plaintiff USA to deft's objections to report & recommendation [21-1] as to defendant Wilbert Anderson. 12 pgs ( (Entered: 04/09/2001) |
| 04/06/2001 | 23 | MOTION for continuance of trial by Wilbert Anderson. (2 pages) *filed under seal* (PJS) (Entered: 04/09/2001) |

| 04/16/2001 | 24 | This document amended, see Doc. #25. MEMORANDUM, OPINION AND ORDER by Judge Ann D. Montgomery (signed 4/16/01) Adopting the Report & Recommendation in its entirety, denying motion to dismiss count 1 of the indictment [15-1] as to Wilbert Anderson. RR Ruling Deadline satisfied (cc: all counsel). 5 pgs ( (Entered: 04/17/2001) |
| --- | --- | --- |
| 04/17/2001 | 25 | AMENDED MEMORANDUM OPINOIN AND ORDER (Judge Ann D. Montgomery / date signed 4/17/01) that (1) the R&R is adopted; (2) denying deft's motions to suppress evidence obtained as a result of search and seizure [12-1] and to suppress statements, admissions and answers [11-1]; and (3) deft's motion to dismiss Count 1 of the Indictment is denied [15-1]. (cc: all counsel) 5 pages (PJS) (Entered: 04/18/2001) |
| 07/10/2001 | 26 | MOTION/MEMORANDUM in limine to exclude evidence of prior convictions and offer to stipulate by Wilbert Anderson. 2 pgs ( (Entered: 07/11/2001) |
| 07/10/2001 | 27 | STIPULATION (unsigned) re: deft's felony record as to Wilbert Anderson. Confirmed with PD office that stipulation was unsigned and to still file with Clerk's office. 1 pg ( (Entered: 07/11/2001) |
| 07/17/2001 | 28 | MINUTES before Judge Ann D. Montgomery re Wilbert Anderson enters GUILTY PLEA to Count 4; Counts 1-3 to be dism'd; PSI Report ordered; bond cont'd. Court Reporter: Tim Willette. (1 page) (PJS) (Entered: 07/18/2001) |
| 07/17/2001 | 29 | PLEA AGREEMENT AND SENTENCING STIPULATIONS as to Wilbert Anderson. (6 pages) (PJS) (Entered: 07/18/2001) |
| 08/13/2001 | 30 | MOTION to extend time for filing objections to PSI Report by Wilbert Anderson. 1 pg ( (Entered: 08/14/2001) |
| 08/15/2001 | 31 | ORDER (Judge Ann D. Montgomery / date signed 8/14/01) granting deft's motion to extend time for filing informal and formal objections to PSI Report [30-1] as to Wilbert Anderson to 8/31/01 and 9/7/01. (cc: all counsel) 1 page (PJS) (Entered: 08/15/2001) |
| 09/10/2001 | 32 | POSITION of deft with respect to sentencing Wilbert Anderson. (5 pages) (PJS) (Entered: 09/10/2001) |
| 09/10/2001 | 33 | POSITION of govt with respect to sentencing Wilbert Anderson, OBJECTION to deft's sentencing position; and REQUEST for evidentiary hearing. (3 pages) (PJS) (Entered: 09/11/2001) |
| 09/21/2001 | 34 | RESPONSIVE PLEADIING by defendant Wilbert Anderson to govt's motion for evidentiary hearing pursuant to LR 83.10(f) [33-1]. 2 pgs ( (Entered: 09/24/2001) |
| 10/12/2001 | 35 | EXPARTE APPLICATION and ORDER FOR ISSUANCE OF SUBPOENAS ON BEHALF OF DEFT as to Wilbert Anderson by |

| | | Magistrate Judge S. Swearingen. (cc: deft atty, USM) 2 pages UNSEALED 4/4/03 per order, doc #47 (PJS) Modified on 04/07/2003 (Entered: 10/15/2001) |
|---|---|---|
| 10/15/2001 | 36 | MOTION for continuance of sentencing by USA as to Wilbert Anderson. 10pgs FILED UNDER SEAL (LEG) (Entered: 10/16/2001) |
| 11/02/2001 | 37 | MINUTES: before Judge Ann D. Montgomery SENTENCING Wilbert Anderson (1) count 4 - Custody of BOP for 98 months, 3 yrs supervised release, spec assmt of $100.00. Counts 1-3 dismissed. Court Reporter: Tim Willette. 1 pg ( (Entered: 11/14/2001) |
| 11/09/2001 | 38 | JUDGMENT/STATEMENT OF REASONS as to defendant Wilbert Anderson by Judge Ann D. Montgomery (dated 11/9/01) (Copies dist'd). 5 pg(s) ( (Entered: 11/14/2001) |
| 11/14/2001 | 39 | NOTICE OF APPEAL TO THE EIGHTH CIRCUIT COURT OF APPEALS (by atty Scott Tilsen) by deft Wilbert Anderson from judgment of ADM filed 11/9/01 [38-1]. (cc: all counsel, court reporter) 2 pages (PJS) (Entered: 11/15/2001) |
| 11/14/2001 | | DELIVERED TWO CERTIFIED COPIES of each of the following to the Court of Appeals, St. Paul Office: Revised information sheet, Notice of Appeal, Order or Judgment and Docket entries as to defendant Wilbert Anderson. (PJS) (Entered: 11/15/2001) |
| 11/21/2001 | 40 | TRANSCRIPT OF SENTENCING held 11/2/01 before ADM as to defendant Wilbert Anderson (Court Reporter: Timothy Willette). 79pg(s) (SEPARATE) (LEG) (Entered: 11/23/2001) |
| 11/23/2001 | | Sent to USCA, St Paul, transcript of sentencing hearing doc # 40 as to Wilbert Anderson. (LEG) (Entered: 11/23/2001) |
| 11/26/2001 | | NOTIFICATION BY CIRCUIT COURT of Appellate Docket Number 01-3692 as to defendant Wilbert Anderson ( (Entered: 11/26/2001) |
| 11/28/2001 | | Sent to USCA, St Paul, designated record as to Wilbert Anderson. (PJS) (Entered: 11/28/2001) |
| 11/28/2001 | 41 | Clerk's Record on Appeal delivered to the 8th Circuit Court as to Wilbert Anderson (cc: Counsel). 3pgs (LEG) (Entered: 11/28/2001) |
| 01/07/2002 | | Three (3) sealed PSIs sent to USCA, St. Paul, as to Wilbert Anderson. (PJS) (Entered: 01/07/2002) |
| 03/20/2002 | 42 | JUDGMENT returned executed as to defendant Wilbert Anderson on 1/11/02, deft delvd to USP at Leavenworth, KS (5pgs) (BLW (Entered: 03/20/2002) |
| 09/23/2002 | 43 | CERTIFIED COPY OF OPINION FROM USCA (Hansen) (Fagg) (Bye) - J; filed 8/27/02 affirming the sentence of the District Court [39-1] as to |

| | | Wilbert Anderson. 1 pg (MMC) (Entered: 09/23/2002) |
|---|---|---|
| 09/23/2002 | 44 | CERTIFIED COPY OF JUDGMENT FROM USCA as to defendant Wilbert Anderson that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. MANDATE ISSUED (copies dist'd) 1 pg (MMC) (Entered: 09/23/2002) |
| 12/23/2002 | 45 | NOTICE of filing petition for certiorari as to Wilbert Anderson. 2pgs (LEG) (Entered: 12/23/2002) |
| 02/03/2003 | 46 | COPY OF ORDER OF THE SUPREME COURT OF THE UNITED STATES the petition for a writ of certiorari is denied [45-1] as to Wilbert Anderson. 2pgs (LEG) (Entered: 02/04/2003) |
| 04/04/2003 | 47 | ORDER (Judge Ann D. Montgomery / date signed 4/4/03) that the ex parte application and order for issuance of subpoenas on behalf of deft, doc 35, is hereby unsealed as to Wilbert Anderson. (cc: all counsel) 1 pg ( (Entered: 04/07/2003) |
| 01/12/2004 | 48 | 2255 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE by defendant Wilbert Anderson. Assigned CV 04-86 ADM for statistical purposes only. All docketing in criminal case. Referred to ADM with original file. (6 pages) (PJS) (Entered: 01/13/2004) |
| 01/12/2004 | 49 | MEMORANDUM by defendant Wilbert Anderson in support of 2255 motion [48-1]. 19 pages (PJS) (Entered: 01/13/2004) |
| 01/12/2004 | 50 | MOTION to hold in abeyance 2255 motion by Wilbert Anderson. (2 pages) (PJS) (Entered: 01/13/2004) |
| 01/21/2004 | 51 | ORDER ( Judge Ann D. Montgomery / date signed 1/20/04) as to Wilbert Anderson that the govt has until 2/17/04 to respond to deft's 2255 motion (cc: all counsel) 1 page (PJS) (Entered: 01/23/2004) |
| 01/23/2004 | 52 | LETTER/SUBSTITUTION OF COUNSEL: Christian S Wilton replacing attorney Bridgid E Dowdal for USA as to deft Wilbert Anderson. (1 page) (PJS) (Entered: 01/26/2004) |
| 02/04/2004 | 53 | MOTION for extension of time in which to respond to Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 USC 2255 by USA as to Wilbert Anderson 1pg(s) (BLW (Entered: 02/05/2004) |
| 02/05/2004 | 54 | ORDER ( Judge Ann D. Montgomery / date signed 2/5/04) granting govt's motion for extension of time in which to respond to Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 USC 2255 to 2/27/04 [53-1] as to Wilbert Anderson. (cc: all counsel) 1 page (PJS) (Entered: 02/06/2004) |
| 02/25/2004 | 55 | MOTION to Dismiss defendant's Habeas Motion pursuant to 28 USC 2255 or in the Alternative, denial on the merits by United States of America as to Wilbert Anderson. 16pgs (BLW) (Entered: 02/26/2004) |

| 03/22/2004 | 56 | MOTION for Extension of Time to File a Traverse to Government's Motion to Dismiss by Wilbert Anderson. 1pg (BLW) (Entered: 03/23/2004) |
|---|---|---|
| 03/23/2004 | 57 | ORDER denying 48 Motion to Vacate (2255) as to Wilbert Anderson; denying 50 Motion to Hold in Abeyance as to Wilbert Anderson; granting 55 Motion to Dismiss as to Wilbert Anderson; denying 56 Motion for Extension of Time to File as to Wilbert Anderson. Signed by Judge Ann D Montgomery on 3/23/04. (TLU) Modified on 3/25/2004 cc:deft (Entered: 03/23/2004) |
| 04/12/2004 | 58 | PRO SE MOTION to Alter or Amend Judgment by Wilbert Anderson 6pgs (BLW) (Entered: 04/12/2004) |
| 04/15/2004 | 59 | ORDER denying 58 Motion to Alter Judgment as to Wilbert Anderson (1). Signed by Judge Ann D Montgomery on 4/15/04. (TLU) Modified on 4/16/2004 cc: deft (Entered: 04/15/2004) |
| 04/29/2004 | 60 | NOTICE OF APPEAL TO THE EIGHTH CIRCUIT COURT OF APPEALS (pro se) by Wilbert Anderson from orders of ADM filed 3/23/04 and 4/15/04. (1 page) (PJS) (Entered: 04/29/2004) |
| 04/29/2004 | 61 | MOTION (pro se) FOR CERTIFICATE OF APPEALABILITY by Wilbert Anderson. (part of Doc. #60) 1 page [Referred to ADM] (PJS) (Entered: 04/29/2004) |
| 05/07/2004 | 62 | ORDER denying 61 Motion for Certificate of Appealability as to Wilbert Anderson (1). Signed by Judge Ann D Montgomery on May 7, Modified 5/8/04 cc: deft. (Entered: 05/07/2004) |
| 06/17/2004 | | TEXT ONLY ENTRY - USCA Case Number as to Wilbert Anderson 04-2229 for 60 Notice of Appeal. (MKF) (Entered: 06/17/2004) |
| 10/25/2004 | 63 | JUDGMENT OF EIGHTH CIRCUIT COURT OF APPEALS (certified copy) as to Wilbert Anderson re 60 that the application for COA is denied and the appeal is dismissed. (cc: deft, BOP) (PJS) (Entered: 10/25/2004) |
| 08/15/2008 | 64 | Probation Jurisdiction Transferred to Northern District of Illinois as to Wilbert Anderson Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (BJS) (Entered: 08/15/2008) |

Case 0:01-cr-00033-ADM-ESS    Document 64-2    Filed 08/15/2008    Page 1 of 1

Prob 22 (Rev. 03/97)

| TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) |
|---|---|
| 08 CR 637 | 0864-0:01CR00033-001(ADM) |
|  | DOCKET NO. (Receiving Court) |

| NAME AND LOCATION OF * | DISTRICT | DIVISION |
|---|---|---|
| Wilbert Anderson Jr. | MINNESOTA | |

JGE DOW

MAGISTRATE JUDGE BROWN

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Ann D. Montgomery |

| DATES OF | FROM | TO |
|---|---|---|
| TSR SUPERVISION | 02/01/2008 | 01/31/2011 |

**OFFENSE**

Possession of Stolen Firearms, in violation of 18 U.S.C. 922(j) and 924(a)(2).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF  MINNESOTA

  IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

18 June 2008
Date

Ann D. Montgomery            United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

  IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG - 7 2008

Effective Date

James F. Holderman
United States District Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
8-12-08
DATE

SCANNED
15
AUG 2008

U.S. DISTRICT COURT ST. PAUL

**DOCKETED**

AUG 1 2 2008

A true printed copy in ___ sheet(s)
of the electronic record filed on 8/15/08
in the United States District Court
for the District of Minnesota.

CERTIFIED  8/15/08
RICHARD D. SLETTEN
BY _____
Deputy Clerk

**FILED**
8-11-08

AUG 11 2008 (m)

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** Cr 01-33 (ADM/ESS) |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 922(g)) |
| | ) | (18 U.S.C. § 924(e)) |
| v. | ) | (18 U.S.C. § 922(j)) |
| | ) | (18 U.S.C. § 924(a)) |
| WILBERT ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about October 26, 2000, in the State and District of Minnesota, the defendant,

WILBERT ANDERSON,

a person who has been convicted of three separate crimes of violence each punishable by imprisonment for a term exceeding one year, including but not limited to: Burglary, Chicago, IL, in or about 1981, Aggravated Battery, Chicago, IL, in or about 1981, Unlawful Use of a Weapon, Chicago, IL, in or about 1985, and Second Degree Criminal Sexual Conduct, Hennepin County in or about 1994, did knowingly possess in and affecting interstate commerce a firearm, to-wit, a Davis, P-380, .380 caliber semi-automatic pistol, serial number AP097031, all in violation of Title 18, United States Code, Section 922(g) and 924(e).

A true copy in _____ sheet (s)
of the record in my custody.
CERTIFIED ____8/15____ 20____
_____ Richard _____, Clerk
BY_____

(1)

FEB 13 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## COUNT 2

(Possession of a Stolen Firearm)

On or about October 26, 2000, in the State and District of Minnesota, the defendant,

WILBERT ANDERSON,

did knowingly receive, possess, conceal and dispose of a stolen firearm, to-wit, a Davis, P-380, .380 caliber semi-automatic pistol, serial number AP097031, which was moving as, which was a part of, which constituted, and which had been shipped or transported in, interstate or foreign commerce, either before or after it was stolen, knowing and having reasonable cause to believe that the firearm was stolen, all in violation of Title 18, United States Code, Section 922(j) and 924(a)(2).

## COUNT 3

(Felon in Possession of Firearms and Ammunition)

On or about October 26, 2000, in the State and District of Minnesota, the defendant,

WILBERT ANDERSON,

a person who has been convicted of three separate crimes of violence each punishable by imprisonment for a term exceeding one year, including but not limited to: Burglary, Chicago, IL, in or about 1981, Aggravated Battery, Chicago, IL, in or about 1981, Unlawful Use of a Weapon, Chicago, IL, in or about 1985, and Second Degree Criminal Sexual Conduct, Hennepin County in or about 1994, did knowingly possess in and affecting interstate

commerce  firearms, to-wit, a Remington Model 11-87, 12-gauge
semi-automatic shotgun, serial number PC174368; a Remington,
Model 700, 7mm bolt action rifle, serial number C6759171; a
Remington, Model 700, .223 caliber bolt action rifle, serial
number C6764980; a Remington Model 581, .22 caliber bolt action
rifle, serial number 1103055; a Sig Sauer Model P226, 9mm semi-
automatic, serial number U392712, and ammunition, including but
not limited to 9mm and .223 ammunition, all in violation of Title
18, United States Code, Section 922(g) and 924(e).

<u>COUNT 4</u>

(Possession of Stolen Firearms)

On or about October 26, 2000, in the State and District of
Minnesota, the defendant,

WILBERT ANDERSON,

did knowingly receive, possess, conceal, store, barter, sell and
dispose of stolen firearms, to-wit, a Remington Model 11-87, 12-
gauge semi-automatic shotgun, serial number PC174368; a
Remington, Model 700, 7mm bolt action rifle, serial number
C6759171; and a Remington, Model 700, .223 caliber bolt action
rifle, serial number C6764980, which were moving as, which were a
part of, which constituted, and which had been shipped or
transported in, interstate or foreign commerce, either before or
after there were stolen, knowing and having reasonable cause to
believe that the firearms were stolen, all in violation of Title
18, United States Code, Section 922(j) and 924(a)(2).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                      FOREPERSON

AO 245B (Rev. 8/96) Sheet 1 - Judgment    Criminal Case

# United States District Court

## District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **WILBERT ANDERSON** | Case Number: <u>01CR33(ADM/ESS)</u> |

Scott Tilsen
<u>Defendant's Attorney</u>

## THE DEFENDANT:

[✔]  pleaded guilty to count 4 of the indictment.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involves the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 922(j) & 924(a)(2) | Possession of Stolen Firearms | 10/26/00 | 4 |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).
[✔]  Counts 1, 2, and 3 of the Indictment are dismissed on the motion of the United States.

Special Assessment Amount  $<u>100</u> in full and immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 2, 2001
Date of Imposition of Judgment

Signature of Judicial Officer

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judicial Officer

November 9, 2001
Date

Filed NOV 0 9 2001
Richard D. Sletten, Clerk
Judgment Entd
Deputy Clerk

A true copy in <u>5</u> sheet(s)
of the record in my custody.
Certified _____, 2001
by _____
Deputy Clerk



AO 245B (Rev. 8/96)  Sheet 2 - Imprisonm

| CASE NUMBER: | 01CR33(ADM/ESS) | Judgment - Page 2 of 5 |
|---|---|---|
| DEFENDANT: | WILBERT ANDERSON | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 98 months.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
It is recommended that defendant be incarcerated in a Minnesota institution.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By    _____
Deputy U.S.  Marshal

AO 245B (Rev. 8/96) Sheet 3 - Supervise    ease

| | | |
|---|---|---|
| CASE NUMBER: | 01CR33(ADM/ESS) | Judgment - Page 3 of 5 |
| DEFENDANT: | WILBERT ANDERSON | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]    The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit home or her at an time a home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96)  Sheet 3 - Supervise    ease

| | | Judgment - Page 4 of 5 |
|---|---|---|
| CASE NUMBER: | 01CR33(ADM/ESS) | |
| DEFENDANT: | WILBERT ANDERSON | |

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall not possess any firearms or other dangerous weapons.

2.  The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer.  That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

3.  The defendant shall not associate with any member, prospect, or associate member of the P-Stone Rangers gang, or any other gang.  If the defendant is found to be in the company of such individuals while wearing the clothing, colors, or insignia of the P-Stone Rangers gang or any other gang, the Court will presume that this association was for the purpose of participating in gang activities.

4.  The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the probation officer.  The probation officer will provide the state officials with any and all information, including substance abuse and mental health treatment records, required by the state sex offender registration agency.  The probation officer may direct the defendant to report to that agency personally for additional processing, such as photographing, fingerprinting, and providing a blood sample for DNA records.

5.  The defendant shall be required to undergo mandatory drug testing as set forth by 18 U.S.C. §§3563(a) and 3583(d).